People of the State of Illinois, Plaintiff-Defendant in Error, v. Donald Eugene Leek, Defendant-Plaintiff in Error.

Gen. No. 10,561.

Fourth District.
December 10, 1964.

John P. Ewart, of Craig & Craig, of Mattoon, for defendant-plaintiff in error; William G. Clark, Attorney General, of Springfield, Fred G. Leach and E. Michael O'Brien, Assistants. Ralph D. Glenn, State's Attorney, of Charleston, for plaintiff-defendant in error. Opinion PER CURIAM. **Not to be published in full.**